**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
~~PROPOSED~~ ORDER**

ALLY FINANCIAL INC.,

                Plaintiff(s),

v.

ALLY FINANCIAL GROUP INC., et al.,

                Defendant(s).

Case No. 1:21-cv-00609-NONE-BAM

I, _Timothy P. Getzoff_ attorney for _Ally Financial Inc.,_ hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Holland & Hart LLP |
| Address: | 1800 Broadway, Suite 300 |
| City: | Boulder |
| State: | CO     ZIP Code: 80302 |
| Voice Phone: | ( 303 ) 473-2700 |
| FAX Phone: | ( 303 ) 473-2720 |
| Internet E-mail: | tgetzoff@hollandhart.com |
| Additional E-mail: | |
| I reside in City: | Boulder     State: CO |

I was admitted to practice in the Colorado State District Court (court) on October 21, 1996. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Teague I. Donahey

Firm Name: Holland & Hart LLP

Address: 800 West Main Street, Suite 1750

City: Boise

State: ID    ZIP Code: 83702

Voice Phone: ( 208 ) 342-5000

FAX Phone: (    )

E-mail: tidonahey@hollandhart.com

Dated: 8/2/2021    Petitioner: _____

**<u>ORDER</u>**

Certificate of good standing is not attached to the final document approved by the Court but attached to the filing submitted by counsel on August 2, 2021.

IT IS SO ORDERED.

Dated:  **August 3, 2021**                        /s/ *Barbara A. McAuliffe*